ORDER:
Motion granted

*E. Clifton Knowles*

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN A. PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:11-cv-539 |
| | ) | JURY DEMAND |
| vs. | ) | |
| | ) | Judges Campbell/Knowles |
| FEDEX FREIGHT, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO SEAL**

Plaintiff moves to seal ECF Nos. 22-1 and 24-2 because both documents contain private identifying information that should not be in the public record.

Respectfully submitted,

*Heather M. Collins*
**HEATHER M. COLLINS (#26099)**
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215
(615) 724-1996
heather@hmcollinslaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2d day of March 2012, a copy of the foregoing has been furnished via Electronic Mail through the court's CM/ECF system, to Attorneys for Defendant, Zan Blue, Kate Summers, Constangy, Brooks & Smith, LLP, 401 Commerce Street, Suite 700, SunTrust Plaza Nashville, TN 37219, zblue@constangy.com; ksummers@constangy.com..

*s/ Heather M. Collins*
Heather M. Collins