```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

**JOHN A. PRICE**                )
                                 )
v.                               )   Civil Action No. 3:11-0539
                                 )   Judge Campbell/Knowles
**FEDEX FREIGHT, INC.**          )

### O R D E R

Pending before the Court is Plaintiff's Unopposed Motion to Continue Case Management Deadlines and Trial. Docket Entry No. 28. This Motion is granted, and the undersigned recommends the trial date be continued. The following deadlines are extended as follows:

1. The Discovery deadline is June 30, 2012.

2. All expert discovery, including, but not limited to depositions, shall be completed on or before June 30, 2012.

3. The deadline for filing discovery-related motions is July 7, 2012.

4. All dispositive motions shall be filed on or before July 30, 2012.

5. The target trial date is December 11, 2012.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge