IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN A. PRICE )
)
v. ) NO. 3-11-0539
) JUDGE CAMPBELL
FEDEX FREIGHT, INC. )

ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice (Docket No. 34). Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. The jury trial set for January 8, 2013, and the pretrial conference set for December 21, 2012, are canceled.

Any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE